20150903160826

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: | SUMMONS, CERTIFICATION, CIVIL COVER SHEET, COMPLAINT |
| EFFECTED (1) BY ME: | CHARLES BALDON |
| TITLE: | PROCESS SERVER   DATE: 9/4/15  9:45AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant   JENNIFER MARTINEAU - LEGAL DEPT

HASBRO INC C/O BARBARA FINIGAN, R.A.

Place where served:

1027 NEWPORT AVE   PAWTUCKET RI 02862

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant

Description of Person Accepting Service:

SEX: F  AGE: 40  HEIGHT: 5'5"  WEIGHT: 115  SKIN: WHITE  HAIR: BROWN  OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 9 / 4 / 20 15           _____ L.S.
SIGNATURE OF   CHARLES BALDON
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   PAUL J HALASZ, ESQ.
PLAINTIFF:   HARRIS FAULKNER
DEFENDANT:  HASBRO INC
VENUE:       DISTRICT
DOCKET:      2 15 CV 06518 KSH CLW
COMMENT: