BETH I. GOLDMAN
FRANKFURT KURNIT KLEIN & SELZ, PC
488 Madison Avenue, 10th Floor
New York, New York 10022
Tel: (212) 980-0120
bgoldman@fkks.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------- X
HARRIS FAULKNER,                      :   Civil No. 15-6518 (KSH)(CLW)
                                      :
                         Plaintiff,   :
                                      :
        - against -                   :
                                      :   **NOTICE OF APPEARANCE**
HASBRO, INC.,                         :
                                      :
                         Defendant.   :
------------------------------------- X

PLEASE TAKE NOTICE that I respectfully enter my appearance as counsel for Hasbro, Inc., the above-named Defendant. I am admitted to practice in this District.

Dated: New York, New York
       September 22, 2015

                              FRANKFURT KURNIT KLEIN & SELZ, PC


                              By:___/s/ Beth I. Goldman_____
                                    Beth I. Goldman

                              488 Madison Avenue, 10th Floor
                              New York, New York 10022
                              (212) 980-0120
                              *Attorneys for Defendant*