BETH I. GOLDMAN
FRANKFURT KURNIT KLEIN & SELZ, PC
488 Madison Avenue, 10th Floor
New York, New York  10022
Tel: (212) 980-0120
bgoldman@fkks.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| HARRIS FAULKNER, | : | Civil No. 15-6518 (KSH)(CLW) |
| | : | |
| Plaintiff, | : | |
| | : | **STIPULATION AND PROPOSED** |
| - against - | : | **ORDER TO EXTEND TIME TO** |
| | : | **RESPOND TO COMPLAINT** |
| HASBRO, INC., | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Defendant Hasbro, Inc. ("Hasbro") and Plaintiff Harris Faulkner ("Ms. Faulkner") hereby enter into this stipulation to extend Hasbro's time to respond to Ms. Faulkner's Complaint.

On September 4, 2015, Ms. Faulkner served the Complaint on Hasbro, setting the time for Hasbro to answer, move, or otherwise respond to the Complaint as September 25, 2015.

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel, that the deadline for Hasbro to answer, move, or otherwise respond to the Complaint is extended up to and including October 26, 2015.  No prior extensions have been requested or obtained.

STIPULATED BY AND BETWEEN:

| | |
|---|---|
|    /s/ Paul J. Halasz |    /s/ Beth I. Goldman |
| Paul J. Halasz, Esq. | Beth I. Goldman, Esq. |
| Day Pitney LLP | Frankfurt Kurnit Klein & Selz, PC |
| One Jefferson Road | 488 Madison Avenue, 10th Floor |
| Parsippany, New Jersey  07054 | New York, New York  10022 |
| (973) 966-6300 | (212) 980-0120 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: September 22, 2015

SO ORDERED:

September___, 2015        _____
                          Honorable Cathy L. Waldor, U.S.M.J.