# EXHIBIT A

# **EXHIBIT A** SUBMITTED TO THE HON. KATHARINE S. HAYDEN, U.S.D.J. AND TO PLAINTIFF'S COUNSEL BY OVERNIGHT MAIL