# DAY PITNEY LLP

BOSTON   CONNECTICUT   FLORIDA   NEW JERSEY   NEW YORK   WASHINGTON, DC

PAUL J. HALASZ
Attorney at Law

One Jefferson Road
Parsippany, NJ 07054-2891
T: (973) 966-8176 F: (973) 206-6547
phalasz@daypitney.com

April 7, 2016

**VIA ECF**

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court for the
 District of New Jersey
M.L. King, Jr. Federal Bldg. and Courthouse
Room 4040
50 Walnut Street
Newark, NJ 07102

      Re:   *Harris Faulkner v. Hasbro, Inc.*
           Civil Case No. 2:15-cv-06518-KSH-CLW

Dear Judge Waldor:

    As Your Honor may recall, this firm, along with Hogan Lovells, represents plaintiff Harris Faulkner in the above captioned matter. I am writing to submit for the court's consideration a proposed form of Discovery Confidentiality Order. Counsel for defendant has consented to the form and entry of the Order. Kindly advise if the Court requires any additional information in connection with this request.

Respectfully,

*Paul J. Halasz*
Paul J. Halasz

PJH/lmp
Enclosure
cc:   Dori Hanswirth, Esq. (w/enclosure)(via ECF)
      Theresa House, Esq. (w/enclosure)(via ECF)
      Patsy Crystal, Esq. (w/enclosure)(via ECF)
      Alba Aviles, Esq. (w/enclosure)(via ECF)
      Beth Goldman, Esq. (w/enclosure)(via ECF)
      Maura Wogan, Esq. (w/enclosure)(via ECF)
      Jeremy Goldman, Esq. (w/enclosure)(via ECF)

94039366.1