UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HARRIS FAULKNER, | HONORABLE KATHARINE S. HAYDEN |
| Plaintiff, | Civil Action No. 15-6518 (KSH)(CLW) |
| v. | STIPULATION AND ORDER OF DISMISSAL <u>WITH PREJUDICE</u> |
| HASBRO, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Harris Faulkner and Defendant Hasbro, Inc., by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff Harris Faulkner's complaint in the above captioned action is voluntarily dismissed, with prejudice.

DATED: _____, 2016

_____
Paul J. Halasz, Esq.
Day Pitney LLP
One Jefferson Road
Parsippany, NJ 07054
Tel.: (973) 966-6300
Fac.: (973) 966-1015
Email: phalasz@daypitney.com

Dori Ann Hanswirth, Esq.
Theresa M. House, Esq.
Patsy C. Wilson, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
Tel.: (212) 918-3631
dori.hanswirth@hoganlovells.com

*Attorneys for Plaintiff*

_____
Joseph C. Mahon, Esq.
Maura J. Wogan, Esq.
Andrew J. Ungberg, Esq.
Frankfurt Kurnit Klein & Selz PC
488 Madison Ave.
New York, NY 10022
Tel.: (212) 980-0120
Email: jmahon@fkks.com

*Attorneys for Defendant*

SO ORDERED, _____ \_\_, 2016

_____
Hon. Katharine S. Hayden
United States District Court Judge